UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

RAFAEL GOMEZ-URANGA,

Petitioner,

v.                                                    CAUSE NO. 3:26cv539 DRL-SJF

BRIAN ENGLISH,

Respondent.

## ORDER

Immigration detainee Rafael Gomez-Uranga, representing himself, filed a motion for leave to amend the habeas petition. At this stage of the proceedings, "a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a)(2). In the interest of justice, the court will grant the motion to amend.

In the amended petition, Mr. Gomez-Uranga includes additional facts to support his claim under *Zadvydas v. Davis*, 533 U.S. 678 (2001), while omitting his claim that the government did not provide him with an initial informal interview. The court further observes that the Warden has already responded to the *Zadvydas* claim, which remains substantially unchanged in the amended petition. Consequently, in the response to the amended petition, the Warden need only specifically address the allegations that Mr. Gomez-Uranga requested a fear-based interview but did not receive one (including whether the government is willing to provide one now) and the argument that removal to Mexico is not reasonably foreseeable due to Mr. Gomez-Uranga's lack of consent.

For these reasons, the court:

(1) GRANTS the motion for leave to amend (ECF 14);

(2) ORDERS the Warden of the Miami Correctional Facility to answer the amended petition by July 13, 2026, including any relevant evidence that has not been previously filed; and

(3) ORDERS that Rafael Gomez-Uranga may file a reply by August 4, 2026.

SO ORDERED.

July 6, 2026                                          s/ Damon R. Leichty
                                                     Judge, United States District Court

2